FILED
Jul 28 2023
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA PHILLIP LOWERY, | Case No. 23-cv-03661-TSH |
| Plaintiff, | |
| v. | **ORDER OF TRANSFER** |
| BROWNNEN, et al., | |
| Defendants. | |

Plaintiff, an inmate housed at Salinas Valley State Prison ("SVSP") has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983, alleging that correctional officers at California Medical Facility, where he was previously housed, violated his civil rights. The events or omissions giving rise to Plaintiff's claim(s) appear to have occurred at California Medical Facility, and no defendant is alleged to reside in this district. California Medical Facility is located in Solano County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). No defendant is alleged to reside in this district. Venue therefore properly lies in the Eastern District.

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: 7/28/2023

THOMAS S. HIXSON
United States Magistrate Judge